## BAILEY v. GOODING

No. 135P83.

Case below: 60 N.C. App. 459.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 July 1983.

## BREWER v. HATCHER

No. 124P83.

Case below: 60 N.C. App. 602.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

## BROWN v. BROWN

No. 251P83.

Case below: 61 N.C. App. 348.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 July 1983.

## BUILDERS, INC. v. CITY OF WINSTON-SALEM

No. 271P83.

Case below: 61 N.C. App. 682.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 July 1983.

## CUNNINGHAM v. BROWN

No. 310P83.

Case below: 62 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.